IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| STEFAN RICHTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: _____ |
| | ) |
| ESSETRE S.P.A., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Comes Defendant Essetre S.p.A. ("Essetre"), an Italian corporation, by and through counsel, pursuant to 28 U.S.C. §§ 1332 and 1441 and hereby gives notice that it is removing this civil action from the Circuit Court for Cocke County, Tennessee to the United States District Court for the Eastern District of Tennessee at Greeneville.

Preliminarily, Defendant Essetre states that this Notice of Removal is filed subject to Essetre's objection to Plaintiff's failure to timely serve Essetre under both the Tennessee Rules of Civil Procedure and the Federal Rules of Civil Procedure, as well as Essetre's reservation of the right to object to Plaintiff's compliance, or lack thereof, with the requirements of serving a foreign defendant through the process set forth under the Hague Convention, with said objections to be articulated more fully in Essetre's forthcoming responsive pleading.

1. On September 6, 2016 Plaintiff Stefan Richter ("Plaintiff") filed the Complaint in this civil action against foreign Defendant Essetre in the Circuit Court for Cocke County, Tennessee (Docket No. 34,227-I).

2. Plaintiff's Complaint contains allegations stemming from injuries sustained by Plaintiff on or about September 8, 2015, including claims of negligence, strict liability, misrepresentation, breach of warranty, and respondeat superior.

3. On January 10, 2017, Essetre received a copy of the summons and complaint at its place of business in Thiene, Italy. A copy of the documents received by Essetre is attached as **Exhibit A**.

4. Upon information and belief, Plaintiff is a citizen and resident of Brampton, Ontario, Canada. Plaintiff's allegations against Defendant Essetre stem from personal injuries Plaintiff obtained while working at a facility located at 120 Willis Road, Newport, Tennessee.

5. Plaintiff's Complaint seeks damages not to exceed $2,000,000.00, thereby surpassing the statutory threshold for removal.

6. Defendant Essetre is an Italian corporation, organized and existing under the laws of Italy.

7. This Court has jurisdiction over the claims in the Complaint pursuant to 28 U.S.C. § 1332 because there is complete diversity between the Plaintiff and the Defendant.

8. This notice of removal is being filed within thirty (30) days of January 10, 2017, which is the date on which the Complaint and summons were received at Defendant Essetre's place of business. Defendant Essetre makes no representation as to whether or not Plaintiff properly served the Complaint and summons and reserves the right to object to proper service of process.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant Essetre will promptly give notice of this notice of removal to the Clerk of Cocke County Circuit Court and to counsel for Plaintiff in the state court proceeding. The giving of such notice will effect this removal pursuant to 28 U.S.C. § 1446(b). A copy of the state court notice is attached as **Exhibit B**.

10. By removing this action, Defendant Essetre does not waive any defenses available to it in federal or state court and expressly reserves the right to assert all such defenses in its responsive pleading, including deficient and/or defective service of process.

WHEREFORE, Defendant Essetre requests that further proceedings of the Cocke County Circuit Court be discontinued and that this action be removed in its entirety to the United States District Court for the Eastern District at Greeneville.

Respectfully submitted this 31st day of January, 2017.

/s/ Katherine Sanford Goodner
Glenn R. Walter, Esq. (BPR #012842)
gwalter@lewisthomason.com
Katherine Sanford Goodner (BPR #030499)
kgoodner@lewisthomason.com

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of January, 2017, a copy of the foregoing *Notice of Removal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Katherine Sanford Goodner
Katherine Sanford Goodner, Esq. (BPR #030499)

7127605